```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JUANITA EVERMON-MUNIZ, et al. | : | CIVIL ACTION |
| v. | : | |
| MCDONALD'S CORPORATION, et al. | : | NO. 10-533 |

ORDER

AND NOW, this 2nd day of February, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant McDonald's Corporation for summary judgment is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
C.J.